# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Alejandro Borjas<br><br>  Defendant. | 04-CR-27-AHS<br>06-CR-258-AHS ✓<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

1  The court concludes:
2  A.   (✓)  Defendant poses a risk to the safety of other persons or the community
3  because defendant has not demonstrated by clear and convincing
4  evidence that:
5  he does not pose a danger to the community,
6  based on his criminal history and on
7  the present violations.

10  (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11  and convincing evidence that:
12  he will appear as directed based on his
13  history of non-compliance and his his
14  unknown residential history / bail resources

17  IT IS ORDERED that defendant be detained.

19  DATED: April 10, 2012

*signature*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2