*O-send*



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*SACR04-27-DOC*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: *SA CR 06 -258-DOC* |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| *Alex Borjas* Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Central Dist of Cal.* for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ~~see Probation Report~~ *absconded from supervision*

1
2
3
4    and/or

5  B.   ( )  The defendant has not met his/her burden of establishing by

6     clear and convincing evidence that he/she is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9     on:

10
11
12
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16
17  Dated:   8/6/13

18
19
20                      UNITES STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28